UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                                             :

TIMOTHY HEATON, *et al.*,                       :

                              Plaintiffs,                 :
                                                                           :            24-CV-09822(JAV)
             -v-                                                   :
                                                                           :                ORDER
ERIC ADAMS, *et al.*,                          :

                              Defendants.               :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      As stated on the record during the conference held earlier today, the Court:

- DENIES Plaintiffs' motion to remand;

- DENIES Plaintiffs' motion to sever; and

- ORDERS Defendants to file the Affirmation in Support of the Application for a TRO on the district court docket by no later than April 2, 2025.

The Clerk of Court is directed to terminate ECF No. 6.

      SO ORDERED.

Dated: March 12, 2025  
       New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge